UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Barbara Rose Brier,

Civ. File No. 00-2392 (PAM/JGL)

Plaintiff,

v.

**ORDER**

Pizza Hut,

Defendant.

---

This matter is before the Court on Plaintiff's request for reconsideration of this Court's December 26, 2000, Order adopting the conclusions of Magistrate Judge Jonathan G. Lebedoff's Report and Recommendation. The Report and Recommendation recommended dismissal of Plaintiff's action without prejudice, because Plaintiff had failed to pay the required filing fee within the time prescribed by a previous Order of Magistrate Judge Lebedoff.

The recommendation of dismissal was entered on November 29, 2000. On December 1, 2000, Plaintiff paid the required filing fee. Plaintiff did not, however, file objections to the Report and Recommendation, and thus the Court was unaware that the filing fee had been paid when it adopted the recommendations of the Magistrate Judge. Because the fee has now been paid, the Court will withdraw its previous Order and reopen Plaintiff's case.

FILED DEC 29 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Accordingly, for the foregoing reasons, and upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Court's Order of December 26, 2000 (Clerk Doc. No. 6) is **WITHDRAWN**; and

2. This matter is **REOPENED**.

Dated: December 29, 2000

Paul A. Magnuson
United States District Court Judge