UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Barbara Brier, Civil File No. 00-2392(PAM/JGL)

Plaintiff,

v. **ORDER**

Pizza Hut,

Defendant.

---

This matter is before the Court on Defendant's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6). Plaintiff appeared pro se, and Defendants appeared through counsel.

Plaintiff's Complaint raises claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. ("Title VII"). As the Court discussed with the parties at the hearing on this matter, Title VII requires that lawsuits be filed within 90 days from the issuance of the right-to-sue letter. 42 U.S.C. § 2000e-5(f)(1). It is undisputed that Plaintiff did not file her lawsuit within that 90-day period. Thus, her lawsuit is untimely and must be dismissed.

FILED APR -4 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD APR - 4 2001
DEPUTY CLERK

15

Accordingly, based on the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss (Clerk Doc. No. 11) is **GRANTED**; and

2. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 4, 2001

Paul A. Magnuson
United States District Court Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

Case No. Civ. 00-2392 (PAM/JGL)

**DATE MAILED TO COUNSEL/PRO SE PARTIES: April 4, 2001**

The purpose of this notice is to summarize the time limits for filing with the District court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

> ***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

N:\CIVILNOT.APP